# JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY L. MANN III<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRUCTURED ASSET MORTGAGE INVESTMENT II TRUST 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR3<br><br>　　　　Defendants. | Case No. EDCV 14-1723-JGB<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed herewith, the Court hereby DISMISSES this case WITH PREJUDICE.

IT IS SO ORDERED.

Dated: August 7, 2015

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Jesus G. Bernal
　　　　　　　　　　　　　　　United States District Judge